ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| GARY D. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-0003-K |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss. The Court **GRANTS** the motion. Plaintiff's suit against Defendant is hereby **dismissed without prejudice**. *See* FED. R. CIV. P. 41(a)(1).

**SO ORDERED.**

May 18, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1

# CLOSED

**CASE #** 3:05CV003-K

**DATE** 5/19/05

**TRIAL   YES___   NO ✓**